[No. 30242-6-I.    Division One.    April 25, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE
ALLEN JAFF, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00015-1, Gerald L. Knight, J., en-
tered March 5, 1992. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Pekelis, A.C.J., and Grosse, J.

[No. 15558-3-II.    Division Two.    April 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E.
COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 91-1-00110-6, Michael G. Spencer, J.,
entered September 23, 1991. *Affirmed in part, reversed in
part*, and *remanded* by unpublished opinion per Houghton,
J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15806-0-II.    Division Two.    April 26, 1994.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*, v. DAVID T. EGLOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 89-2-02668-3, Carol A. Fuller, J., entered
February 6, 1992. *Affirmed* by unpublished opinion per Sein-
feld, J., concurred in by Morgan, C.J., and Houghton, J.

[No. 13019-3-III.    Division Three.    April 26, 1994.]

WASHINGTON OREGON ASPARAGUS GROWERS
ASSOCIATION, *Respondent*, v. HAYLES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Frank-
lin County, No. 91-2-50247-4, Duane E. Taber, J., entered
December 29, 1992. *Reversed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Schultheis, JJ.